# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Omran Holding Group ) | ASBCA No. 60862 |
| ) | |
| Under Contract No. W912DS-13-C-0008 ) | |

APPEARANCE FOR THE APPELLANT:     R. Dale Holmes, Esq.
                                  Cohen Seglias Pallas Greenhall & Furman PC
                                  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT:   Thomas H. Gourlay, Jr., Esq.
                                    Engineer Chief Trial Attorney
                                  James D. Stephens, Esq.
                                  Michael E. Taccino, Esq.
                                    Engineer Trial Attorneys
                                    U.S. Army Engineer District, Middle East
                                    Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 9 March 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60862, Appeal of Omran Holding Group, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals